No. 63628.—Manca, Inc. v. United States, protest 315448-K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the items of merchandise designated as "Near focusing devices" on the invoice accompanying the entry are necessary for the operation of Leica cameras, the claim of the plaintiff was sustained.

No. 63629.—Isbrandtsen Co., Inc. v. United States, protests 313482-K, etc. (Baltimore).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of galvanized wire of the kind provided for in paragraph 317, as modified, supra, commonly used for fencing purposes, the claim of the plaintiff was sustained.

No. 63630.—Pan Pacific Overseas Corporation v. United States, protest 58/21101 (Los Angeles).

Opinion by LAWRENCE, J. The protest was dismissed.

BEFORE THE FIRST DIVISION, DECEMBER 23, 1959

No. 63631.—Louis Weinberg Associates, Inc. v. United States, protest 58/5520 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of straw and raffia ornaments similar in all material respects to those the subject of Louis Weinberg Associates, Inc. v. United States (29 Cust. Ct. 182, C.D. 1465), the claim of the plaintiff was sustained.